UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TEREX USA,

                               Plaintiff,                        22-CV-02681 (AT)(SN)

                -against-                           **DISCOVERY CONFERENCE ORDER**

HOFFMAN INTERNATIONAL, INC.,

                               Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On December 13, 2022, the Honorable Analisa Torres referred this matter to my docket for general pretrial supervision and to resolve the discovery dispute raised by the parties' December 12, 2022 Letter. ECF No. 55.

       Accordingly, a discovery conference to discuss this dispute is scheduled for Thursday, December 22, 2022, at 11:30 a.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at Rachel_Slusher@nysd.uscourts.gov.

       Any additional discovery motions—that is, any application pursuant to Rules 26 through 37 or 45—must comply not only with paragraph I(b) of the Court's Individual Practices but also must be made promptly after the cause for such a motion arises. In addition, absent good cause, no such application will be considered if made later than 30 days before the close of discovery.

       The parties are to follow the schedule set out in the Civil Case Management Plan and Judge Torres' September 29, 2022 Order. ECF Nos. 48 & 51. All pretrial applications, including

those relating to scheduling and discovery, must comply with the Individual Practices of Judge Netburn, which are available on the Court's website https://nysd.uscourts.gov/hon-sarah-netburn.

Any application for an extension of time with respect to any deadlines in this matter must be made as soon as the cause for the extension becomes known to the party making the application and must be made in accordance with paragraph I(g) of the Court's Individual Practices. The application must state the position of all other parties regarding the proposed extension and must show good cause for the extension. "Good cause" as used in this paragraph does not include circumstances within the control of counsel or the party. Any application not in compliance with this paragraph will be denied.

**Settlement Conference**. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. Accordingly, the parties are encouraged to contact Courtroom Deputy Rachel Slusher at the e-mail provided above to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   December 14, 2022
         New York, New York