```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/22/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEREX USA, LLC,

                 Plaintiff,

-against-　　　　　　　　　　　　　　　　22 Civ. 2681 (AT)

HOFFMAN INTERNATIONAL, INC,　　　　**ORDER**

                 Defendant.

ANALISA TORRES, District Judge:

    The case management conference scheduled for February 14, 2023, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: December 22, 2022
         New York, New York

                                                ANALISA TORRES
                                          United States District Judge